SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**SHERMAN LAW, PLLC**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail:    shlomo@shermanlawlv.com

Attorneys for Plaintiff/Judgment Creditor,
OLIVER DAWOUD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OLIVER DAWOUD,<br><br>　　　　　Plaintiff/Judgment Creditor,<br><br>vs.<br><br>ACRYLIC TANK MANUFACTURING OF NEVADA, a Nevada corporation,<br><br>　　　　　Defendant/Judgment Debtor. | CASE NO. 2:21-cv-00066-RFB-DJA<br><br>**ORDER: (1) AUTHORIZING JUDGMENT DEBTOR EXAMINATION; (2) DIRECTING APPEARANCE OF JUDGMENT DEBTOR'S PERSON MOST KNOWLEDGEABLE; AND (3) DIRECTING PRODUCTION OF DOCUMENTS IN ADVANCE OF THE EXAMINATION** |

It appearing to the Court by the Application for Order Authorizing Judgment Debtor Examination and Directing Appearance Of Judgment Debtor (the "Application") that a judgment was entered against Judgment Debtor ACRYLIC TANK MANUFACTURING OF NEVADA ("Judgment Debtor"), and properly registered with this Court on October 29, 2020 (the "Judgment"), and good cause otherwise appearing therefor:

IT IS HEREBY ORDERED that the Application is GRANTED.

IT IS FURTHER ORDERED that the Person Most Knowledgeable regarding Judgment Debtor's financial condition and assets shall appear at a time and place to be designated by counsel for Judgment Creditor via separate notice to be served along with this Order, to testify under oath concerning Judgment Debtor's financial condition, property and assets.

IT IS FURTHER ORDERED that this such notice and this Order may be served by personal service and/or by mail to Judgment Debtor's last known address as follows:

*Order re JDE* (455-00001)　　　　　　　　　　　1

ACRYLIC TANK MANUFACTURING OF NEVADA
c/o Wayde R. King, Registered Agent and President
3451 West Martin Ave.
Las Vegas, NV 89118

IT IS FURTHER ORDERED that, no later than 5:00 p.m. on February 5, 2021, the Judgment Debtor shall produce the documents identified on **Exhibit "A"** hereto to the office of the attorneys for Judgment Creditor.

The address of the attorneys for Judgment Creditor is:

> Sherman Law, PLLC
> c/o Shlomo S. Sherman, Esq.
> 2620 Regatta Drive, Suite 102
> Las Vegas, NV 89128

IT IS FURTHER ORDERED that Judgment Debtor is hereby forbidden and enjoined from disposing of any property not exempt from execution from the date on which this Order is served and through the conclusion of the aforementioned examination.

IT IS FURTHER ORDERED that the Motion for Judgment Debtor Exam (ECF No. 2) is GRANTED.

DATED this 20th day of January, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

*Order re JDE* (455-00001)                    2

# EXHIBIT A

## GENERAL INSTRUCTIONS

A. Capitalized terms not otherwise defined below shall have the meaning provided in the Order: (1) Authorizing Judgment Debtor Examination; (2) Directing Appearance of Judgment Debtor's Person Most Knowledgeable; and (3) Directing Production of Documents in Advance of the Examination.

B. The terms "all," "any" and "each" shall be construed inclusively, and shall mean all, any and each.

C. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

D. The term "Judgment Debtor" shall mean ACRYLIC TANK MANUFACTURING OF NEVADA, a Nevada corporation; its present and former divisions, subsidiaries, parents, affiliates, predecessors, successors, and assignees; its present and former officers, directors, members, managers, trustees, principals, shareholders, partners, investors, employees, agents, representatives, consultants, nominees, accountants, attorneys-in-fact, and lawyers, and all other persons who are acting or who have acted on behalf of, or who are or have been subject to the direction or control of, any of the foregoing; and any business operated by Judgment Debtor through the use of a fictitious firm name under Chapter 602 of the Nevada Revised Statutes.

E. The term "person" refers to any natural individual, governmental entity, or business entity, including a corporation, partnership, association, limited liability company, or other entity or combination thereof, and all corporations, divisions, or entities affiliated with, owned, or controlled directly or indirectly or owning or controlling directly or indirectly any such entities as well as directors, officers, employees, agents, attorneys, affiliates, or other representatives thereof, or third parties retained by any of the above.

///

///

*Order re JDE* (455-00001)     3

**DOCUMENTS**

1. Copies of all income tax returns filed by the Judgment Debtor for the years 2018 through 2020.

2. Copies of all consolidated tax returns filed by any affiliates and/or businesses of the Judgment Debtor for the years 2018 through 2020.

3. Records of any and all monies received by the Judgment Debtor, whether in the nature of revenue, reimbursement of expenses, or reimbursement of loans, during the period of January 1, 2018 through the present.

4. Documents reflecting all assets (real, personal or mixed) owned by Judgment Debtor, either outright, or in partnership or joint ownership with any other individual or entity, during the period of January 1, 2018 through the present.

5. All check books, check registers, bank statements, deposit slips and canceled checks for any and all bank, savings, loan and/or any credit union accounts, in which Judgment Debtor owns or owned any interest whatsoever, or in which it was authorized to draw checks, whether said documents were in its name alone, or in the name of another person and Judgment Debtor jointly, during the period of January 1, 2018 through the present.

6. Copies of every certificate of title for every vehicle which Judgment Debtor now owns or claims any interest to, or owned during the period of January 1, 2018 through the present.

7. All documents evidencing any stocks, bonds, debentures or other securities owned by Judgment Debtor or in which Judgment Debtor claims or claimed any interest, either alone or jointly with another person, during the period of January 1, 2018 through the present.

8. Copies of all leases, security agreements, or other written documents relating to any and all real or personal property in which Judgment Debtor had any interest in whatsoever, whether in its own name, in the name of another person, or jointly with another person, during the period of January 1, 2018 through the present.

9. Documents identifying and reflecting the nature and extent of Judgment Debtor's interest(s) in any corporations, limited liability companies, limited and general partnerships, and/or

*Order re JDE* (455-00001)    4

any other incorporated or unincorporated entities or associations.

10. Documents evidencing each and every credit card issued in Judgment Debtor's name or held jointly with another person, together with copies of all statements relating to such credit card(s) covering the period of January 1, 2018 through the present.

11. All existing vendor contracts, purchase agreements, lease agreements, and/or supply agreements to which Judgment Debtor is currently a party.

12. All purchase orders received by Judgment Debtor during the period of January 1, 2018 through the present.

13. All invoices issued by Judgment Debtor during the period of January 1, 2018 through the present.

14. Copies of all agreements of sale or other documents relating to the purchase and/or sale of assets owned or to be owned by Judgment Debtor and/or any corporation or entity in which Judgment Debtor holds any interest.

15. All documents evidencing any and all notes, contracts, negotiable instruments, receivables or accounts receivable, whether or not due, benefitting Judgment Debtor or in which Judgment Debtor has or had any interest whatsoever, either alone or jointly with any other person, during the period of January 1, 2018 through the present.

16. A complete inventory of all items of personal property valued in excess of $500 – including cash – currently owned by Judgment Debtor or in Judgment Debtor's possession. With respect to personal property owned by Judgment Debtor but not in Judgment Debtor's possession, provide the name and address of the individual or entity with possession of such property. With respect to personal property owned by a person other than Judgment Debtor but within Judgment Debtor's possession, identify the owner of each such item, as well as a description of the item.

17. Copies of all financial statements prepared for and/or signed by Judgment Debtor, during the period of January 1, 2018 through the present.

18. Copies of any or all applications for loans, financing, or credit of any nature submitted by Judgment Debtor to any person for any purpose during the period of January 1, 2018 through the present.

19. Copies of any records pertaining to leases, contracts, commercial paper, in which Judgment Debtor has an interest or under which it receives present income or is to receive future income including, but not limited to, promissory notes, deeds of trust, and/or mortgages.

20. All documents evidencing loans or indebtedness owed by Judgment Debtor, including, but not limited to, real property mortgages, deeds of trust, promissory notes, financing agreements, and UCC-1 financing statements, as well as any memoranda, statements, or amortization schedules demonstrating the principal balances presently due.

21. Any and all appraisals of any real or personal property owned by Judgment Debtor or in which Judgment Debtor has any interest.

22. Copies of all pending contracts, bids, or request for proposals either issued by Judgment Debtor or to which Judgment Debtor anticipates becoming a party.

23. Copies of all complaints and/or other initial pleadings in which Judgment Debtor is named as a party to any legal proceeding, other than the legal proceeding that resulted in this Order.

24. Copies of all of Judgment Debtor's operating agreements and amendments thereto, articles of organization, member agreements, by-laws, and lists of officers.

25. Copies of all of operating agreements and amendments thereto, articles of incorporation, member agreements, by-laws, and lists of officers for any entity in which Judgment Creditor currently holds an interest or in which Judgment Debtor held an interest during the period of January 1, 2018 through the present.

26. Copies of all advertisements, flyers, prospectuses, marketing materials, business cards, PowerPoint presentations, and webpages prepared by or on behalf of Judgment Debtor in connection with services or goods provided by Judgment Debtor.